**No. 42676.**—Protest 957602–G of Kaufmann Dept. Stores, Inc. (Pittsburgh).

Opinion by TILSON, J. The record shows that certain items consist of colored cotton cloth containing cotton and rayon. It was therefore held dutiable at the appropriate rates under paragraphs 904 and 905 as claimed.

**No. 42677.**—Protests 983950–G, etc., of Allied Purchasing Corp. et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

NOVEMBER 17, 1939

**No. 42678.**—Protests 902042–G, etc., of Albert Herskovitz & Sons Inc. Abstract 42417. Application by Government for rehearing denied.

NOVEMBER 20, 1939

**No. 42679.**—SUIT 4286.——*United States* v. *J. Milton Hagy Waste Works.* C. D. 162. Appeal dismissed.

BEFORE THE SECOND DIVISION, NOVEMBER 24, 1939

**No. 42680.**—Protests 942388–G, etc., of Wm. Brand & Co. (New York).

Opinion by TILSON, J. It was found that certain items consist of mica similar to that involved in *Brand* v. *United States* (C. D. 179). The claim at 40 percent under paragraph 208 (e) was therefore sustained.

**No. 42681.**—Protests 989484–G, etc., of Wm. Brand & Co. (New York).

Opinion by TILSON, J. It was found that certain items consist of mica similar to that involved in *Brand* v. *United States* (C. D. 179). The claim at 40 percent under paragraph 208 (e) was therefore sustained.

**No. 42682.**—Protests 995664–G, etc., of H. Bendel, Inc., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400, the court dismissed the protests.